WILLIAM TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
MOLLY P. KŰÇŰK, TRIAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
Molly.Kucuk@EEOC.gov
Tel:  (206) 220-6892
Fax: (206) 220-6911

ATTORNEYS FOR PLAINTIFF EEOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>      Plaintiff,<br><br>            v.<br><br><br>COEUR D'ALENE PAVING, INC.,<br><br>      Defendant. | CIVIL ACTION NO.<br><br>**COMPLAINT AND JURY TRIAL DEMAND** |
|---|---|

/ / /

**COMPLAINT AND JURY TRIAL DEMAND**
**Page 1 of 6**

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and to provide appropriate relief to Shawn Fletcher, Richard Fletcher, and a class of similarly situated individuals.  The Equal Employment Opportunity Commission alleges that defendant subjected the Charging Parties to harassment based on their race (African American).  Plaintiff seeks monetary relief, including nonpecuniary compensatory and punitive damages, and injunctive relief, on behalf of the Charging Parties.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Idaho.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and

**COMPLAINT AND JURY TRIAL DEMAND**
Page 2 of 6

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendant Coeur d'Alene Paving, Inc. has been a corporation continuously doing business in the State of Idaho and has continuously had at least 15 employees.

5. At all relevant times, defendant Coeur d'Alene Paving, Inc. has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Mr. Richard Fletcher and Mr. Shawn Fletcher filed charges with the Commission alleging violations of Title VII by Coeur d'Alene Paving, Inc. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least May 1, 2005 until November 2005, defendant engaged in unlawful employment practices in violation of §§ 703(a) and 704(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) and -3(a). Defendant engaged in these unlawful practices by subjecting Charging Parties Shawn and Richard Fletcher and a class of similarly situated employees to harassment because of their race, African American.

**COMPLAINT AND JURY TRIAL DEMAND**
Page 3 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

8. The effect of the practices complained of in paragraph 7 above has been to deprive Mr. Shawn Fletcher, Mr. Richard Fletcher and those similarly situated of equal employment opportunities and otherwise adversely affected their status as employees.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Charging Parties and those similarly situated.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any retaliatory employment practices.

B. Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order defendant to make whole Mr. Shawn Fletcher, Mr. Richard Fletcher and those similarly situated by providing compensation for past and future pecuniary losses resulting

**COMPLAINT AND JURY TRIAL DEMAND**
Page 4 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

  D. Order defendant to make whole Mr. Shawn Fletcher, Mr. Richard Fletcher and those similarly situated by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

  E. Order defendant to pay Mr. Shawn Fletcher, Mr. Richard Fletcher and those similarly situated punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

  F. Grant such further relief as the Court deems necessary and proper in the public interest.

  G. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 19th day of June 2007.

| | |
|---|---|
| WILLIAM TAMAYO | RONALD S. COOPER |
| Regional Attorney | General Counsel |
| San Francisco District | |
| 350 The Embarcadero, Suite 500 | JAMES L. LEE |
| San Francisco, California 94105-1260 | Deputy General Counsel |

**COMPLAINT AND JURY TRIAL DEMAND**
Page 5 of 6

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

| | |
|---|---|
| JOHN F. STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| MOLLY P. KŰÇŰK<br>Trial Attorney | |

BY: /s/WILLIAM R. TAMAYO
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

| | |
|---|---|
| Seattle Field Office<br>909 First Avenue, Suite 400<br>Seattle, Washington 98104 | Office of the General Counsel<br>1801 "L" Street NW<br>Washington, D.C. 20507 |

Attorneys for Plaintiff EEOC

**COMPLAINT AND JURY TRIAL DEMAND**
**Page 6 of 6**

**EQUAL EMPLOYMENT**
**OPPORTUNITYCOMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6885**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**