WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
MOLLY KUCUK, TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
Molly.Kucuk@EEOC.gov
Tel:  (206) 220-6892
Fax: (206) 220-6911

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COEUR d'ALENE PAVING, INC.,<br><br>　　　　　　Defendant. | Case No. CV-07-267-N-BLW<br><br>**ORDER OF DISMISSAL AND VACATING TRIAL AND TELEPHONIC PRETRIAL** |

<u>ORDER APPROVING CONSENT DECREE</u>

The Court, having considered the foregoing stipulated agreement of the parties,

HEREBY ORDERS THAT the foregoing Consent Decree be, and the same hereby is, approved

ORDER APPROVING CONSENT DECREE

Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

final agreement in full settlement of this action.  This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees to any party.  The Court retains jurisdiction of this matter for purposes of enforcing the consent decree approved herein.

Additionally, the jury trial scheduled on January 12, 2009 in Coeur d'Alene and the telephonic pretrial conference scheduled on December 30, 2008 are hereby VACATED.  This case is hereby ordered closed.

DATED:  **December 29, 2008**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

ORDER APPROVING CONSENT DECREE

Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882